GARIBALDI REALTY AND CONSTRUCTION COMPANY, Appellant, *v.* GUISEPINA SANTANGELO et al., Respondents.

*Garibaldi Realty & Construction Co.* v. *Santangelo,* 164 App. Div. 513, affirmed.

(Submitted October 12, 1917; decided October 30, 1917.)

APPEAL from a judgment, entered November 28, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing judgment in favor of defendants in an action to compel specific performance of a contract to convey real property. The judgment at Special Term directed specific performance without costs, but allowed an abatement of $250 from the purchase price on account of an alleged deficiency in area, and ordered closing as of the date of the judgment. The Appellate Division made new findings in which it found that the plaintiff vendee was not entitled to any abatement as the deficiency was negligible, and ordered closing as of the original date, with costs to the defendant vendor in both courts.

*J. Charles Weschler, Walter T. Kohn* and *Max Silverstein* for appellant.

*Alvin T. Sapinsky* and *Joseph Sapinsky* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.